COMMONWEALTH of Pennsylvania,
Respondent

v.

Joseph MIN, Petitioner

No. 185 WAL 2017

Supreme Court of Pennsylvania.

September 15, 2017

## ORDER

PER CURIAM

**AND NOW,** this 15th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**